# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141655

JULIE HLYWA,
      Plaintiff-Appellant,

v

LIBERTY PARK OF AMERICA,
      Defendant,

and

DENISE POND,
      Defendant-Appellee.

SC: 141655
COA: 291759
Macomb CC: 2008-000662-NO

_____/

      On order of the Court, the application for leave to appeal the July 15, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

Clerk

d1115